■ PAUL D. ALLEN, Appellant, v MICHAEL FRANCIOSA et al., Respondents. [953 NYS2d 180]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered July 13, 2011. The order granted the motion of defendants for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.